

September 13, 2024

**Via ECF**
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Williams v. TSU Global Services Inc.*
                Case No. 18 Civ. 72 (ST)

Dear Judge Tiscione:

    This office represents Plaintiffs in this matter. I write to provide the Court with a Proposed Judgement, in lieu of the stipulation of dismissal requested by the Court on August 26, and respectfully request that the Clerk of Court enter the Proposed Judgement as per Federal Rule 68. Please note that the Notice of Acceptance of Offer of Judgement and corresponding Offer of Judgment were filed on August 23, 2024, as ECF No. 85.

    Thank you for Your Honor's continued attention to this matter.

Respectfully submitted,

Garrett Kaske

cc: Kevin O'Donoghue (via ECF)