UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEQUAN WILLIAMS, on behalf of himself and all others similarly situated,

                Plaintiffs,

  - against -                                       **JUDGMENT**
                                                          CV 18-72 (ST)

TSU GLOBAL SERVICES, INC., d/b/a CENTER CITY TRANSPORTATION, and CENTER CITY LIMO,

                Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on August 23, 2024, accepting Defendants' August 19, 2024 offer to allow judgment against them in the amount of $18,000.00 inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiffs against Defendants TSU Global Services, Inc., and Center City Limo in the amount of $18,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action; and that this case is closed.

Dated: September 18, 2024
       Central Islip, New York

                                                      BRENNA B. MAHONEY
                                                      CLERK OF COURT

                                  By:    /s/ James J. Toritto
                                                Deputy Clerk